FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 MAR 19 PM01 27
CAROL L. MICHEL, CLERK

**FELONY**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR ARSON OF PROPERTY
### USED IN INTERSTATE COMMERCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: **26-081** |
| v. | * | SECTION: **SECT.I MAG.3** |
| KYLE THOMSEN | * | VIOLATION: 18 U.S.C. § 844(i) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Arson of Property Used in Interstate Commerce)

On or about January 19, 2026, in the Eastern District of Louisiana, the defendant, **KYLE THOMSEN**, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a vehicle, that is, a 2018 Dodge Caravan, used by a commercial business, Bywater Bakery, located at 3624 Dauphine Street, New Orleans, Louisiana, 70117, used in interstate commerce and in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

### NOTICE OF FORFEITURE

1.      The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offense alleged in Count 1, the defendant, **KYLE THOMSEN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B),



✓ Fee_____ V8H.
____Process____
X Dktd____
____CtRmDep____
____Doc.No.____

any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violations.

3.    If any of the above-described property, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to 18 U.S.C. § 844(c) and 982(a)(2)(B), and 28 U.S.C. § 2461(c).

DAVID I. COURCELLE
UNITED STATES ATTORNEY

BRITTANY L. REED
Assistant United States Attorney
Louisiana Bar Roll Number 31299

New Orleans, Louisiana
March 19, 2026

2

FORM OBD-34

No._____

## UNITED STATES DISTRICT COURT

_Eastern_    _District of_    _Louisiana_
_Criminal_    _Division_

## THE UNITED STATES OF AMERICA

vs.

## KYLE THOMSEN

## INDICTMENT

## INDICTMENT FOR ARSON OF PROPERTY USED IN INTERSTATE COMMERCE

VIOLATION:    18 U.S.C. § 844(i)

_A true bill._

████████████████████████████

_Filed in open court this_ _____ _day of_ _____
_____ _A.D._
2026.

_____
_Clerk_

_Bail, $_ _____

_BRITTANY L. REED_
**Assistant United States Attorney**