PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM    Rachel Olavarrieta
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3130

Name of Asst. U.S. Attorney (if assigned)    Brittany L. Reed

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF Special Agent, Marlow Maruniak

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense | New Orleans    County Orleans

CASE NO. **26-081**
**SECT. I MAG. 3**

USA vs.
Defendant: Kyle Thomsen

Address: Orleans Parish Jail

☐ Interpreter Required    Dialect: _____

Birth Date    1990    ☑ Male    ☐ Alien
☐ Female    (if applicable)

Social Security Number    XXX-XX-9567

### DEFENDANT

Issue: ☑ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☑ Currently in State Custody
☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD    ☐ CJA    ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ___1___ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 844(i) | Arson of property used in interstate commerce | 1 |
| | | | |
| | | | |
| | | | |
| | | | |