*TO:  DOCKET CLERK*

*__MAGISTRATE CASE NUMBER*

*OR*

*X_NO MAGISTRATE PAPERS WERE FOUND*

*for*

*NAME:  KYLE THOMSEN*

*Initials: _____mmv*

If you receive this note without any initials,

please return the entire packet to criminal desk.

Thank you