UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 26-081 |
| KYLE THOMSEN | * | SECTION: "I" |

## UNOPPOSED MOTION AND INCORPORATED
## MEMORANDUM TO CONTINUE TRIAL AND PRETRIAL CONFERENCE

**NOW INTO COURT** comes defendant Kyle Thomsen, who through undersigned counsel, respectfully moves this Honorable Court for a continuance of the trial in this matter which is presently set for July 27, 2026 and the pretrial conference which is scheduled for June 24, 2026.  This request is made on the basis of the following:

1.

Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

2.

The factors which a judge shall consider in determining whether to grant a continuance are found in subsection 3161(h)(7)(B)(iv).  One such factor is whether denial of a continuance would deny counsel for the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

3.

Title 18, United States Code, Sections 3161(c)(1) and (2) require that a trial commence not less than thirty nor more than seventy days from the defendant's appearance in court on the formal charges.  Defendant Kyle Thomsen was arraigned on the indictment on April 1, 2026. The trial in this matter was originally set for July 27, 2026.  This is the first trial setting.

4.

Undersigned counsel submits that additional time is necessary to prepare for the pretrial conference and trial in this matter.  Defendant respectfully requests that the trial and pretrial conference be continued.

5.

In view of the above considerations, the granting of this motion would be in the best interests of justice and would outweigh the interests of the public and the defendant in a speedy trial.

6.

The Government, through Assistant United States Attorney Brittany Reed has been contacted and has no objection to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Kyle Thomsen respectfully requests that the trial and pretrial conference in the captioned matter be continued.

Respectfully submitted this 18th day of June, 2026.

CLAUDE J. KELLY
Federal Public Defender


/s/Samuel J. Scillitani
SAMUEL J. SCILLITANI
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7935
E-mail: samuel_j_scillitani@fd.org

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brittany Reed.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Samuel J. Scillitani
SAMUEL J. SCILLITANI
Assistant Federal Public Defender